

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Joel Rubio,                               * From the 161st District Court
                                            of Ector County
                                            Trial Court No. B-44,736.

Vs. No. 11-15-00283-CR                    * December 7, 2017

The State of Texas,                       * Memorandum Opinion by Bailey, J.
                                            (Panel consists of: Wright, C.J.,
                                            Willson, J., and Bailey, J.)

    This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.